Charles William POLLEY, Appellant,

v.

Deborah Rose KLAMM, Respondent.

No. WD 63032.

Missouri Court of Appeals,
Western District.

April 13, 2004.

Patrick M. Davis, Kansas City, for Appellant.

Ronald L. Jurgeson, Lee's Summit, for Respondent.

Before LISA WHITE HARDWICK, Presiding Judge, PAUL M. SPINDEN, Judge, and THOMAS H. NEWTON, Judge.

## ORDER

Charles William Polley appeals the circuit court's denial of his motion for summary judgment on his motion for contempt and denial of his request for attorney fees. Because denial of a motion for summary judgment is not appealable and because the circuit court did not abuse its discretion in denying the request for attorney fees, we affirm. Rule 84.16(b).